## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02034-RBJ-KLM

ANGELA MOORE,

        Plaintiff,

v.

FEDERAL BOND AND COLLECTION SERVICE, INC., a Pennsylvania corporation,

        Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

        THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

        DATED this 12th day of September, 2014.

        BY THE COURT:

        */s/ R. Brooke Jackson*

        R. Brooke Jackson
        United States District Judge